IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| SALEEM D. WILLIAMS, | * |
| Petitioner, | * |
| v. | Case No. 7:21-CV-44(HL) |
| | * |
| ANNETTE TOBY, Warden, | |
| | * |
| Respondent. | |
| _____ | * |

**J U D G M E N T**

Pursuant to this Court's Order dated July 1, 2022, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 5th day of July, 2022.

David W. Bunt, Clerk

s/ Robin L. Walsh, Deputy Clerk